EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2024 TSPR 18 |
| | 213 DPR ___ |
| Richard A. García Pérez | |

Número del Caso:  TS-21,132


Fecha:  4 de marzo de 2024


Abogado del peticionario:

    Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Richard A. García Pérez | TS-21,132 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de marzo de 2024.

Examinada la *Moción en cumplimiento de orden* presentada por el Lcdo. Richard A. García Pérez, se da por cumplida nuestra orden de 18 de enero de 2024 y, por ende, se reinstala al licenciado García Pérez al ejercicio de la abogacía.

Se ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo